IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN S. HAILE,
    Plaintiff,

vs.                                                   Case No.: 3:18cv1337/LAC/EMT

FDOC,
    Defendant.
_____/

**REPORT AND RECOMMENDATION**

Plaintiff commenced this action by filing a complaint under 42 U.S.C. § 1983 (ECF No. 1).  On May 15, 2018, the court directed Plaintiff to file an amended complaint on the court-approved form, and either pay the filing fee or submit a completed motion to proceed in forma pauperis ("IFP") within thirty (30) days (ECF No. 3).

Plaintiff failed to respond to the court's order; therefore, on June 22, 2018, the court issued an order requiring Plaintiff to show cause, within thirty (30) days, why this action should not be dismissed for failure to comply with an order of the court (ECF No. 4).  The time for compliance with the show cause order has now elapsed and Plaintiff has not filed an amended complaint, paid the filing fee, or submitted a motion to proceed in forma pauperis.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 7th day of August 2018.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636**.